UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

      Plaintiff,

v.                              **ORDER**
                              Criminal File No. 19-168 (MJD/HB)

(10) MUSALLEH WAHEED MUHAMMAD,

      Defendant.

LeeAnn K. Bell, Assistant United States Attorney, Counsel for Plaintiff.

James R. Behrenbrinker, Behrenbrinker Law Firm, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated December 20, 2019. Defendant Musalleh Waheed Muhammad filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Bowbeer dated December 20, 2019.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Hildy Bowbeer dated December 20, 2019 [Docket No. 231].

2. Defendant Musalleh Waheed Muhammad's Motion to Suppress Evidence [Docket No. 88] and Amended Motion to Suppress Evidence [Docket No. 89] are **DENIED**.

Dated:  January 16, 2020         s/ Michael J. Davis
                                 Michael J. Davis
                                 United States District Court